## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

CHERYL SHOCKLEY,

               Plaintiff,             Case No:  21-cv-434

    vs.

SIMPLE FAST LOANS, INC., D/B/A SIMPLE FAST LOANS, and
CLARITY SERVICES, INC.,

               Defendants.

## NOTICE OF REMOVAL

Defendant Simple Fast Loans, Inc., incorrectly named "Simple Fast Loans, Inc., d/b/a Simple Fast Loans," by its attorneys, files its Notice of Removal of this action to the United States District Court for the Western District of Wisconsin, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and in support states:

1.      On June 10, 2021, a civil action was commenced, and is now pending in the Circuit Court of Douglas County, Wisconsin as Case No. 2021CV133, in which Cheryl Shockley is the Plaintiff, and Simple Fast Loans, Inc. and Clarity Services, Inc. are the Defendants.  A copy of Plaintiff's Summons, Complaint, Electronic Filing Notice, Petition and Order for Waiver of Fees, Affidavit of Service, and Notice of Appearance are attached hereto as **Exhibit A**.  These constitute all the documents filed in state court in this case.

2.      This action is one over which this court has original jurisdiction pursuant to federal-question jurisdiction under 28 U.S.C. § 1331.  Plaintiff alleges a cause of action against Defendants in her Complaint under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681. (*See* Ex. A.) Thus, Plaintiff's Complaint establishes federal-question jurisdiction, and this Court has original

subject-matter jurisdiction over Plaintiff's federal claim. *See* 28 U.S.C. § 1331.  This Court has supplemental jurisdiction over Plaintiff's state law claim under 28 U.S.C. § 1367.

3.      Venue is proper in this Court pursuant to 28 U.S.C. § 1446(a), because the United States District Court for the Western District of Wisconsin is the Court for the federal district in which the State Court action is pending.

4.      Defendant Simple Fast Loans, Inc. ("Simple Fast Loans") received a copy of the Summons and Complaint on June 14, 2021. Simple Fast Loans has not received any process, pleadings or orders in this action other than the Summons, Complaint, and Electronic Filing Notice attached hereto as Exhibit A.  Because 30 days have not expired since June 14, 2021, the date on which the removing Defendant was provided with a copy of the Summons and Complaint, this notice is timely filed pursuant to 28 U.S.C. § 1446(b)(1).

5.      As of July 6, 2021, Simple Fast Loans understands that Defendant Clarity Services, Inc. ("Clarity") has not yet been served.  Therefore, pursuant to 28 U.S.C. § 1446(b)(2)(A), Clarity's consent is not required.  Nevertheless, Clarity has expressly consented to the removal of this action.

6.      Written notice of the filing of this Notice will be given to all parties as required by law.

7.      By filing this notice of removal, Simple Fast Loans does not waive and hereby reserves all rights to assert objections and defenses to Plaintiff's Complaint.

WHEREFORE, Defendant Simple Fast Loans, Inc. respectfully removes this action now pending in the Circuit Court of Douglas County, Wisconsin, to the United States District Court for the Western District of Wisconsin.

Dated this 6th day of July, 2021.

HUSCH BLACKWELL LLP
Attorneys for Simple Fast Loans, Inc.

By:   *s/ Natalia S. Kruse*
_____
      Marci V. Kawski
      WI State Bar ID No. 1075451
      Natalia S. Kruse
      WI State Bar ID No. 1105902
      33 East Main Street, Suite 300
      Madison, Wisconsin 53701-1379
      608.255.4440
      608.258.7138 (fax)
      Marci.Kawski@huschblackwell.com
      Natalia.Kruse@huschblackwell.com